**MEMO ENDORSED**



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

_____

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 21, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __6/24/24__

**BY ECF**
Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:     *United States v. Jeanwilliam Chizungu*, 15 Cr. 230 (ALC)

Dear Judge Carter:

The parties jointly submit this letter respectfully requesting a 45-day adjournment of the violation-of-supervised-release ("VOSR") conference currently scheduled for June 26, 2024. The requested adjournment will enable the parties to further investigate the circumstances of the alleged specifications and to discuss a potential pre-hearing resolution of the specifications. Accordingly, the parties respectfully request that the VOSR conference be adjourned to August 12, 2024, or a date thereafter that is convenient for the Court.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____
Adam Z. Margulies
Assistant United States Attorney
(212) 637-2345

Cc:     Richard Ma, Esq. (by ECF)
        U.S. Probation Officer Giavonnii Foderingham (by e-mail)

The application is **GRANTED**.    The Violation of Supervised Release Hearing is adjourned to 8/20/24 at 12:00 p.m.
So Ordered.    6/24/24