**MEMO ENDORSED**



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

Jacob K. Javits Federal Building
26 Federal Plaza, 37th Floor
New York, NY 10278

August 15, 2024

**BY ECF and EMAIL**
Hon. Andrew L. Carter
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/16/24

Re:   *United States v. Jeanwilliam Chizungu*, 15 Cr. 230 (ALC)

Dear Judge Carter:

The parties jointly submit this letter respectfully requesting an adjournment of the violation-of-supervised-release ("VOSR") proceeding currently scheduled for Tuesday, August 20, 2024, at 12:00 p.m.

The parties have been engaged in discussions regarding a resolution of the five specifications set forth in Probation's November 28, 2016 violation report. The parties anticipate that, at the next proceeding, the defendant will admit to each of the specifications set forth in that report, and the parties will be prepared to proceed directly to sentencing. To allow sufficient time for the parties to provide the Court with factual information relevant to sentencing, and for the Court to consider such information and any arguments regarding an appropriate sentence, the parties respectfully request that the plea and sentencing be scheduled for Tuesday, September 10, 2024, at 12:30 p.m., with the defendant's sentencing submission due on Friday, August 30, 2024, and the Government's sentencing submission due on Thursday, September 5, 2024.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____
Adam Z. Margulies
Assistant United States Attorney
(212) 637-2345

Cc:   Richard Ma, Esq., counsel for Jeanwilliam Chizungu (by ECF and email)
      U.S. Probation Officer, SDNY, Giavonnii Foderingham (by email)
      U.S. Probation Officer, D. Conn., Michael Jones (by email)

The application is **GRANTED**. The Violation of Supervised Release Hearing and Sentencing are adjourned to 9/10/24 at 12:30 p.m.
So Ordered.   *[signature]*
                              8-16-24